UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04572-SP | Date | September 3, 2026 |
| Title | Francis Ruby Martinez Benitez v. Markwayne Mullin, et al. | | |

| | | |
|---|---|---|
| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None | None |

**Proceedings:** **(In Chambers) Order Setting Deadline for Response to Ex Parte Motion to Enforce and Order to Show Cause re: Contempt**

On August 27, 2026, the court granted the habeas petition in this case and specifically ordered respondents to, inter alia: (1) immediately return petitioner Francis Ruby Martinez Benitez to the Central District of California; (2) immediately release petitioner upon her return to this district; (3) return any confiscated property and documents to petitioner upon her release; (4) file a status report by September 1 confirming petitioner's return to this district and release; and (5) file a report by September 4 addressing whether petitioner was removed from this district after August 13 without notice. Docket no. 8.

The due date for the last of these items has yet to arrive. As for the others, on August 28, respondents filed a status report confirming that petitioner had been released, but did not confirm whether she was first returned to this district. Docket no. 10. Then on September 1, petitioner filed an ex parte motion to enforce the August 27 order, and to order respondents to show cause why they should not be held in contempt for violation of that order. Docket no. 11. Petitioner contends that respondents failed to comply with the August 27 order by failing to return petitioner's confiscated identification and work permit documents to her upon her release, and by releasing her with an ankle monitor.

The court now orders respondents to file a response to petitioner's ex parte motion to enforce and request for order to show cause re: contempt by **12:00 noon on September 4, 2026**. Respondents may, if they wish, combine that response with their report addressing whether petitioner was removed from this district after August 13.